UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

COMCAST CABLE COMMUNICATIONS LLC,

Plaintiff,

v.

NOVACLOUD LICENSING LLC,

Defendant.

Case No. 26-cv-04259-JST

**ORDER OF DISMISSAL UPON SETTLEMENT**

Re: ECF No. 32

The parties have filed a joint stipulation requesting that all proceedings and deadlines be stayed for 30 days while they finalize a settlement. ECF No. 32. Accordingly, any scheduled hearings or deadlines are vacated, and this matter is dismissed with prejudice. The Clerk shall close the file.

This order will be vacated if any party, after meeting and conferring with opposing parties, files a notice that settlement has not occurred within 45 days of the date of this order.

**IT IS SO ORDERED**.

Dated: September 2, 2026

JON S. TIGAR
United States District Judge

United States District Court
Northern District of California